UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas A. Wedge,<br>    Plaintiff, Counterclaim Defendant<br><br>v.<br><br>Lou Lamb Smith, Individually and as<br>Administrator of the Estate of<br>Robert Weston Smith;<br>Lou Lamb Smith, Individually and as<br>Administrator of the Estate of<br>Robert Weston Smith and<br>WJ Entertainment LLC,<br>    Defendants, Counterclaim Plaintiffs | Civil Action No.: 1:21-cv-10297 |

**JOINT MOTION TO CONTINUE MEDIATION AND MEDIATION SCHEDULE
AND TO STAY THIS PROCEEDING**

Plaintiff Douglas A. Wedge and Defendants Lou Lamb Smith, Tod Weston Smith, and WJ Entertainment LLC jointly move the Court to continue the case mediation and related mediation schedule and stay the proceeding for thirty (30) days to potentially avoid the expense of the mediation, including travel, and on-going discovery. The parties have reached a tentative settlement of all claims and require time to draft and finalize a settlement agreement. The parties wish to do so without incurring the costs associated with the mediation and impending discovery deadlines.

Good cause exists for this motion. The parties have been engaging in settlement discussions and are close to resolving the essential issues in the case. Considering the upcoming discovery deadlines and mediation, the parties wish to stay the proceeding so

1

that they may focus their efforts on negotiating, drafting and potentially finalizing a settlement agreement.

This motion is being filed after careful deliberation and is not being filed in bad faith or to delay the proceedings.

For the aforementioned reasons, the parties respectfully request that the Court grant this Motion to continue the mediation, mediation schedule and stay the proceeding for thirty (30) days.

Respectfully submitted,

| | |
|---|---|
| Douglas A. Wedge, | Tod Westin Smith, Individually and as Administrator of Estate of Robert Smith, Lou Lamb Smith, Individually and as Administrator of Estate of Robert Smith, and WJE Entertainment LLC, |
| By its attorneys, | |
| | By their attorney, |
| /s/William S. Rogers, Jr. | |
| William S. Rogers, Jr. (BBO # 549487) | /s/Brendan M. Shortell |
| Thomas M. Elcock (BBO # 548027) | Brendan M. Shortell, Esq. (BBO # 675851) |
| PRINCE LOBEL TYE LLP | Lambert Shortell & Connaughton |
| 100 Cambridge St., Suite 2200 | 100 Franklin Street, Suite 903 |
| Boston, MA  02114 | Boston, MA.  02110 |
| Tel:  (617) 456-8112 | Tel. 617-720-0091 |
| Fax:  (617) 456-8100 | Fax. (617) 720-6307 |
| wsrogers@princelobel.com | shortell@lambertpatentlaw.com |
| telcock@princelobel.com | |
| Dated:  September 7, 2021 | |

## CERTIFICATE OF SERVICE

I certify that I served the foregoing on counsel of record through the Court's ECF system.

Date: September 7, 2021

/s/ Brendan M. Shortell